# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| GENERAL ELECTRIC COMPANY, | § | |
|     Plaintiff, | § | Case no. 10-cv-276-F |
| | § | |
| v. | § | |
| | § | |
| MITSUBISHI HEAVY | § | |
| INDUSTRIES, LTD., and | § | |
| MITSUBISHI POWER SYSTEMS | § | |
| AMERICAS, INC., | § | |
|     Defendants, | § | |

## SCHEDULING ORDER

Having reviewed the parties' Proposal for Contents of Scheduling and Discovery Order (Docket No. 43), the Court ORDERS that the parties adhere to the following dates and deadlines:

| Event | Deadline |
|---|---|
| Discovery opens. | 6/25/2010 |
| Preliminary Infringement Contentions due. (Patent Rules 3-1 and 3-2) | 7/19/2010 |
| Preliminary Invalidity Contentions due. (Patent Rules 3-3 and 3-4) | 9/2/2010 |
| Exchange Proposed Terms for Construction. (Patent Rule 4-1) | 9/16/2010 |
| Exchange Preliminary Claim Constructions and Extrinsic Evidence (Patent Rule 4-2). | 10/7/2010 |
| Joint Claim Construction and Prehearing Statement due (Patent Rule 4-3). | 11/1/2010 |
| Completion of Claim Construction Discovery (If Any) (Patent Rule 4-4) | 11/19/2010 |
| Opening Claim Construction briefs due. | 12/6/2010 |
| Responsive Claim Construction briefs due. | 12/20/2010 |
| Submit Claim Construction Chart. | 1/3/2011 |
| Claim Construction Hearing. | 1/13/2011 |
| Deadline to complete first round of mediation. | 1/27/2011 |
| Defendants' Willfulness Disclosure (if any) and Privilege Log due (Patent Rule 3-8). | 4/1/2011 |
| Fact Discovery Deadline. | 6/1/2011 |

| Event | Deadline |
|---|---|
| Parties with burden of proof designate expert witness.  Expert witness reports due. | 6/20/2011 |
| Parties designate rebuttal expert witnesses.  Rebuttal expert witness reports due. | 7/18/2011 |
| Expert Discovery Deadline. | 8/18/2011 |
| Dispositive Motions due from all parties and any other motions that may require a hearing (including Daubert motions). | 9/5/2011 |
| Deadline to complete second round of mediation | 10/10/2011 |
| Pretrial Disclosures due (identity of trial witnesses, trial exhibits, and deposition designations) | 10/10/2011 |
| Rebuttal Designations and Objections to Deposition Testimony due.  Objections to trial exhibits due.  Parties to Identify Rebuttal Trial Witnesses. | 10/20/2011 |
| Objections to Rebuttal Deposition Testimony. | 10/27/2011 |
| Response to Dispositive Motions (including Daubert Motions) due. | 10/3/2011 |
| Joint Pretrial Order, Joint Proposed Jury Instructions with citation to authority, and Form of the Verdict. | 10/24/2011 |
| Motions in Limine due. | 10/31/2011 |
| Reply to Dispositive Motions due. | 10/17/2011 |
| Responses to Motions in Limine due. | 11/14/2011 |
| Pretrial Conference | 11/21/2011 |
| Jury Trial | 11/28/2011 |

IT IS SO ORDERED.

SIGNED this 9th day of July, 2010.

Royal Furgeson
Senior United States District Judge