IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GENERAL ELECTRIC COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>MITSUBISHI HEAVY INDUSTRIES,<br>LTD., and MITSUBISHI POWER SYSTEMS<br>AMERICAS, INC.,<br><br>*Defendants*. | CIVIL ACTION NO. 3:10-CV-276-F<br><br>**JURY TRIAL DEMANDED** |

## MITSUBISHI'S MOTION IN LIMINE

Defendants Mitsubishi Heavy Industries, Ltd. and Mitsubishi Power Systems Americas, Inc. (collectively "Mitsubishi"), respectfully move for the following:

> (1) to preclude Plaintiff General Electric Company ("GE") from presenting evidence or argument claiming damages under U.S. Patent No. 6,879,055 for wind turbines that were never installed;
>
> (2) to preclude GE from presenting evidence or argument claiming damages for any infringing acts that occurred before GE filed suit on February 10, 2010;
>
> (3) to preclude GE from presenting evidence or argument claiming lost profits for sales occurring before U.S. Patent No. 7,629,705 issued;
>
> (4) to preclude GE from presenting evidence or argument that Mitsubishi "copied" GE's patents or products; and
>
> (5) to preclude GE from presenting untimely evidence regarding infringement of U.S. Patent No. 6,879,055.

The reasons for this motion and the matters required by the Local Rules are set forth with particularity in the accompanying memorandum in support.

Dated: January 27, 2012					Respectfully submitted,


By: /s/ Jeffrey C. Totten
Vic H. Henry
Texas Bar # 09484250
vhhenry@hoaf.com
Lane Fletcher
Texas Bar # 07139300
lanefletcher@hoaf.com
HENRY ODDO AUSTIN & FLETCHER
a Professional Corporation
1700 Pacific Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 658-1900
Facsimile: (214) 658-1919

Roger D. Taylor (admitted *pro hac vice*)
Virginia L. Carron (admitted *pro hac vice*)
Cortney Alexander (admitted *pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
3500 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3263
Phone: (404) 653-6400
Facsimile: (404) 653-6444

Thomas H. Jenkins (admitted *pro hac vice*)
Thomas W. Winland (admitted *pro hac vice*)
Naoki Yoshida (admitted *pro hac vice*)
Jeffrey C. Totten (admitted *pro hac vice*)
Tyler M. Akagi (admitted *pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 408-4000
Facsimile: (202) 408-4400

**ATTORNEYS FOR DEFENDANTS**

- 1 -

**CERTIFICATE OF CONFERENCE**

      Counsel for Mitsubishi Heavy Industries, Ltd. ("Mitsubishi") and General Electric Company ("GE") met and conferred telephonically and via electronic mail on January 26, 2012, and January 27, 2012, regarding Mitsubishi's Motion. However, the parties have not been able to resolve their differences. Therefore, this matter is presented to the Court for determination.

                                          By:    /s/ Jeffrey C. Totten
                                                           Jeffrey C. Totten

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing instrument has been served via the Court's ECF system on all known counsel of record in accordance with the Federal Rules of Civil Procedure on this the 27th day of January 2012.


                                  /s/ Lane Fletcher