IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:10-CV-00276-F |
| § | |
| MITSUBISHI HEAVY INDUSTRIES, § | JURY TRIAL DEMANDED |
| LTD., and MITSUBISHI POWER § | |
| SYSTEMS AMERICAS, INC., § | |
| § | |
| Defendants. § | |

APPENIDX IN SUPPORT OF
GENERAL ELECTRIC COMPANY'S
OPPOSITION TO MITSUBISHI'S MOTIONS *IN LIMINE*

Plaintiff General Electric Company ("GE") respectfully submits this Appendix in Support of GE's Opposition to Mitsubishi's Motion *in Limine*.

| Tab | Appendix Pages | Description |
|---|---|---|
| 1 | 1 – 307 | Wind Turbine Generator Supply Agreement Dated June 5, 2007. |
| 2 | 308 – 618 | Wind Turbine Generator Supply Agreement Dated February 22,. 2008. |
| 3 | 619 - 622 | Gregory Wunder Deposition Exhibit 2. |
| 4 | 623 – 625 | Excerpts From the January 10, 2012 Deposition of Julie L. Davis. |
| 5 | 626 – 628 | Email From Andrew Woodhouse to Vincent Schellings Dated November 20, 2006. |

| Tab | Appendix Pages | Description |
|-----|----------------|-------------|
| 6   | 629 – 700      | Opening Expert Report of Dr. W. Mack Grady. |
| 7   | 701 – 842      | Expert Report of Julie L. Davis dated October 18, 2011. |
| 8   | 843 – 846      | Excerpts From the January 24, 2011 Deposition of Randolf Peter Mann. |
| 9   | 847 – 850      | PPM Frame Agreement |
| 10  | 851 – 926      | Edison Mission Energy Frame Agreement Dated March 28, 2007. |
| 11  | 927 – 929      | Excerpts From the July 14, 2011 Deposition of Gregory Wunder |
| 12  | 930 – 976      | Settlement Agreement, Mutual Release and Amendment to Wind Turbine Generator Supply Agreement |

Date:  February 13, 2012

Respectfully submitted,

s/ Carmen E. Bremer
T. Ray Guy
Texas Bar #08648500
Carmen E. Bremer
Texas Bar #24041009
WEIL GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7777
ray.guy@weil.com
carmen.bremer@weil.com

David Lender
Nicholas Sethi
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
david.lender@weil.com
nick.sethi@weil.com

Anish R. Desai
WEIL GOTSHAL & MANGES LLP
1300 Eye Street N.W.
Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
anish.desai@weil.com

Nicholas Groombridge
PAUL WEISS RIFKIND
WHARTON & GARRISON
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
ngroombridge@paulweiss.com

**ATTORNEYS FOR PLAINTIFF
GENERAL ELECTRIC COMPANY**

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing document was served on counsel for all parties through their respective counsel of record through the Court's ECF service this 13th day of February, 2012.

| | |
|---|---|
| Vic H. Henry<br>HENRY ODDO AUSTIN & FLETCHER<br>1700 Pacific Avenue, Suite 2700<br>Dallas, TX 75201<br>(214) 658-1900<br>vhhenry@hoaf.com | Thomas Winland<br>Jeffrey Totten<br>FINNEGAN HENDERSON FARABOW<br>GARRETT & DUNNER LLP<br>901 New York Avenue N.W.<br>Washington, DC 20001<br>(202) 408-4000<br>tom.winland@finnegan.com<br>jeffrey.totten@finnegan.com |
| Roger Taylor<br>FINNEGAN HENDERSON FARABOW<br>GARRETT & DUNNER LLP<br>3500 SunTrust Plaza<br>303 Peachtree Street N.E.<br>Atlanta, GA 30308<br>(404) 653-6400<br>roger.taylor@finnegan.com | Steven J. Barber<br>Seth A. Watkins<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>(202) 429-3000<br>sbarber@steptoe.com<br>sethwatkins@steptoe.com |

               s/ Carmen E. Bremer
               Carmen E. Bremer