# TAB   12
# (part 2)

Nacelle Rear Module Component Serial Number List

| Order # | PJ Name | Type | Factory | RM # | MII. Serial No. | Storage Location |
|---|---|---|---|---|---|---|
| 54 | 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | 8 | N-W 4264 | Everett Port |
| 55 | 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | 9 | N-W 4265 | Everett Port |
| 56 | 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | 10 | N-W 4266 | Everett Port |
| 57 | 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | 11 | N-W 4267 | Everett Port |
| 58 | 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | 12 | N-W 4268 | Everett Port |
| 59 | 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y37 | N-W 9097 | Japan |
| 60 | 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y38 | N-W 9098 | Japan |
| 61 | 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y39 | N-W 9099 | Japan |
| 62 | 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y48 | N-W 9108 | Japan |
| 63 | 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y49 | N-W 9109 | Japan |
| 64 | 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y50 | N-W 9110 | Japan |
| 65 | 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y51 | N-W 9111 | Japan |
| 66 | 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y52 | N-W 9112 | Japan |
| 67 | 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y53 | N-W 9113 | Japan |
| 68 | 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y54 | N-W 9114 | Japan |
| 69 | 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y55 | N-W 9115 | Japan |
| 70 | 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y56 | N-W 9116 | Japan |
| 71 | 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y57 | N-W 9117 | Japan |
| 72 | 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y58 | N-W 9118 | Japan |
| 73 | 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y59 | N-W 9119 | Japan |
| 74 | 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y60 | N-W 9120 | Japan |
| 75 | 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y61 | N-W 9121 | Japan |
| 76 | 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y62 | N-W 9122 | Japan |
| 77 | 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y63 | N-W 9123 | Japan |
| 78 | 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y64 | N-W 9124 | Japan |
| 79 | 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y65 | N-W 9125 | Japan |
| 80 | 0E114 | EDISON 2009 | MWT95/2.4 | Nagasaki | 46 | N-W 4044 | Galveston Port |
| 81 | 0E114 | EDISON 2009 | MWT92/2.4 | Yokohama | 47 | N-W 4075 | Galveston Port |
| 82 | 0E114 | EDISON 2009 | MWT92/2.4 | Yokohama | 49 | N-W 4077 | Galveston Port |
| 83 | 0E114 | EDISON 2009 | MWT92/2.4 | Yokohama | 50 | N-W 4078 | Galveston Port |

CONFIDENTIAL OUTSIDE ATTORNEY EYES ONLY INFORMATION
SUBJECT TO PROTECTIVE ORDER: CIV. ACT. N. 3:10-CV-276-F

MPSANDTX0269677

Nacelle Yaw Module Component Serial Number List

| | | | | | | |
|---|---|---|---|---|---|---|
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 31 | N-W 4227 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 32 | N-W 4228 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 33 | N-W 4229 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 34 | N-W 4230 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 35 | N-W 4231 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 36 | N-W 4232 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 37 | N-W 4233 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 38 | N-W 4234 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 39 | N-W 4235 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 40 | N-W 4236 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 41 | N-W 4237 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 42 | N-W 4238 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 43 | N-W 4239 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 44 | N-W 4240 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 45 | N-W 4241 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 46 | N-W 4242 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 47 | N-W 4243 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 48 | N-W 4244 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 49 | N-W 4245 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 50 | N-W 4246 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 51 | N-W 4247 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 52 | N-W 4248 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 53 | N-W 4249 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 54 | N-W 4250 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 55 | N-W 4251 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 56 | N-W 4252 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 57 | N-W 4253 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 58 | N-W 4254 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 59 | N-W 4255 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 60 | N-W 4256 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y13 | N-W 9073 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y14 | N-W 9074 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y15 | N-W 9075 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y16 | N-W 9076 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y17 | N-W 9077 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y18 | N-W 9078 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y19 | N-W 9079 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y20 | N-W 9080 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y21 | N-W 9081 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y22 | N-W 9082 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y23 | N-W 9083 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y24 | N-W 9084 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y25 | N-W 9085 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y26 | N-W 9086 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y27 | N-W 9087 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y28 | N-W 9088 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y29 | N-W 9089 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y30 | N-W 9090 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y31 | N-W 9091 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y32 | N-W 9092 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y33 | N-W 9093 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y34 | N-W 9094 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y35 | N-W 9095 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y36 | N-W 9096 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y37 | N-W 9097 | Japan |

CONFIDENTIAL OUTSIDE ATTORNEY EYES ONLY INFORMATION
SUBJECT TO PROTECTIVE ORDER: CIV. ACT. N. 3:10-CV-276-F

MPSANDTX0269678

Nacelle-Yaw Module Component Serial Number List

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 56 | OE208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y38 | N-W-9098 | Japan |
| 57 | OE208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y39 | N-W-9099 | Japan |
| 58 | OE208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y40 | N-W-9100 | Japan |
| 59 | OE208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y41 | N-W-9101 | Japan |
| 60 | OE208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y42 | N-W-9102 | Japan |
| 61 | OE208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y43 | N-W-9103 | Japan |
| 62 | OE208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y44 | N-W-9104 | Japan |
| 63 | OE208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y45 | N-W-9105 | Japan |
| 64 | OE208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y46 | N-W-9106 | Japan |
| 65 | OE208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y47 | N-W-9107 | Japan |
| 66 | OE208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y48 | N-W-9108 | Japan |
| 67 | OE208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y49 | N-W-9109 | Japan |
| 68 | OE208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y50 | N-W-9110 | Japan |
| 69 | OE208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y51 | N-W-9111 | Japan |
| 70 | OE208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y52 | N-W-9112 | Japan |
| 71 | OE208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y53 | N-W-9113 | Japan |
| 72 | OE208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y54 | N-W-9114 | Japan |
| 73 | OE208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y55 | N-W-9115 | Japan |
| 74 | OE208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y56 | N-W-9116 | Japan |
| 75 | OE208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y57 | N-W-9117 | Japan |
| 76 | OE208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y58 | N-W-9118 | Japan |
| 77 | OE208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y59 | N-W-9119 | Japan |
| 78 | OE208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y60 | N-W-9120 | Japan |
| 79 | OE208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y61 | N-W-9121 | Japan |
| 80 | OE208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y62 | N-W-9122 | Japan |
| 81 | OE208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y63 | N-W-9123 | Japan |
| 82 | OE208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y64 | N-W-9124 | Japan |
| 83 | OE208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y65 | N-W-9125 | Japan |

CONFIDENTIAL OUTSIDE ATTORNEY EYES ONLY INFORMATION
SUBJECT TO PROTECTIVE ORDER: CIV. ACT. N. 3:10-CV-276-F

MPSANDTX0269679

Rotor Head Component Serial Number List

| Order # | P/ Name | Type | Factory | R/H # | MTU Serial No | Storage Location |
|---|---|---|---|---|---|---|
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 31 | N-W 4227 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 32 | N-W 4228 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 33 | N-W 4229 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 34 | N-W 4230 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 35 | N-W 4231 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 36 | N-W 4232 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 37 | N-W 4233 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 38 | N-W 4234 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 39 | N-W 4235 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 40 | N-W 4236 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 41 | N-W 4237 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 42 | N-W 4238 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 43 | N-W 4239 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 44 | N-W 4240 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 45 | N-W 4241 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 46 | N-W 4242 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 47 | N-W 4243 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 48 | N-W 4244 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 49 | N-W 4245 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 50 | N-W 4246 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 51 | N-W 4247 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 52 | N-W 4248 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 53 | N-W 4249 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 54 | N-W 4250 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 55 | N-W 4251 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 56 | N-W 4252 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 57 | N-W 4253 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 58 | N-W 4254 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 59 | N-W 4255 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Nagasaki | 60 | N-W 4256 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y13 | N-W 9073 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y14 | N-W 9074 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y15 | N-W 9075 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y16 | N-W 9076 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y17 | N-W 9077 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y18 | N-W 9078 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y19 | N-W 9079 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y20 | N-W 9080 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y21 | N-W 9081 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y22 | N-W 9082 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y23 | N-W 9083 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y24 | N-W 9084 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y25 | N-W 9085 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y26 | N-W 9086 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y27 | N-W 9087 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y28 | N-W 9088 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y29 | N-W 9089 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y30 | N-W 9090 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y31 | N-W 9091 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y32 | N-W 9092 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y33 | N-W 9093 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y34 | N-W 9094 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y35 | N-W 9095 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y36 | N-W 9096 | San-Diego Port |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y37 | N-W 9097 | Japan |

CONFIDENTIAL OUTSIDE ATTORNEY EYES ONLY INFORMATION
SUBJECT TO PROTECTIVE ORDER: CIV. ACT. N. 3:10-CV-276-F

MPSANDTX0269680

Rotor Head Component Serial Number List

| | | | | | | |
|---|---|---|---|---|---|---|
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y38 | N-W-9098 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y39 | N-W-9099 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y40 | N-W-9100 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y41 | N-W-9101 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y42 | N-W-9102 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y43 | N-W-9103 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y44 | N-W-9104 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y45 | N-W-9105 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y46 | N-W-9106 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y47 | N-W-9107 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y48 | N-W-9108 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y49 | N-W-9109 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y50 | N-W-9110 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y51 | N-W-9111 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y52 | N-W-9112 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y53 | N-W-9113 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y54 | N-W-9114 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y55 | N-W-9115 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y56 | N-W-9116 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y57 | N-W-9117 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y58 | N-W-9118 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y59 | N-W-9119 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y60 | N-W-9120 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y61 | N-W-9121 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y62 | N-W-9122 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y63 | N-W-9123 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y64 | N-W-9124 | Japan |
| 0E208 | EDISON 2009 | MWT95/2.4 | Yokohama | Y65 | N-W-9125 | Japan |

CONFIDENTIAL OUTSIDE ATTORNEY EYES ONLY INFORMATION
SUBJECT TO PROTECTIVE ORDER: CIV. ACT. N. 3:10-CV-276-F

MPSANDTX0269681

## Edison 09 x 83 (Towers located in Hitchcock, Texas)

| Base | Serial # | Lower Mid | Serial # | Upper Mid | Serial # | Top | Serial # |
|---|---|---|---|---|---|---|---|
| 1 | 1406 | 1 | 2405 | 1 | 3407 | 1 | 4406 |
| 2 | 1407 | 2 | 2406 | 2 | 3408 | 2 | 4407 |
| 3 | 1408 | 3 | 2407 | 3 | 3405 | 3 | 4405 |
| 4 | 1415 | 4 | 2410 | 4 | 3409 | 4 | 4417 |
| 5 | 1410 | 5 | 2411 | 5 | 3414 | 5 | 4415 |
| 6 | 1409 | 6 | 2414 | 6 | 3411 | 6 | 4414 |
| 7 | 1412 | 7 | 2416 | 7 | 3410 | 7 | 4412 |
| 8 | 1416 | 8 | 2416 | 8 | 3413 | 8 | 4413 |
| 9 | 1417 | 9 | 2409 | 9 | 3412 | 9 | 4416 |
| 10 | 1413 | 10 | 2408 | 10 | 3409 | 10 | 4411 |
| 11 | 1411 | 11 | 2412 | 11 | 3417 | 11 | 4410 |
| 12 | 1414 | 12 | 2417 | 12 | 3415 | 12 | 4408 |
| 13 | 1408 | 13 | 2413 | 13 | 3416 | 13 | 4409 |
| 14 | 1443 | 14 | 2444 | 14 | 3439 | 14 | 4437 |
| 15 | 1438 | 15 | 2432 | 15 | 3440 | 15 | 4436 |
| 16 | 1444 | 16 | 2438 | 16 | 3438 | 16 | 4430 |
| 17 | 1436 | 17 | 2431 | 17 | 3435 | 17 | 4442 |
| 18 | 1440 | 18 | 2430 | 18 | 3444 | 18 | 4438 |
| 19 | 1432 | 19 | 2441 | 19 | 3434 | 19 | 4443 |
| 20 | 1441 | 20 | 2436 | 20 | 3447 | 20 | 4432 |
| 21 | 1455 | 21 | 2442 | 21 | 3433 | 21 | 4433 |
| 22 | 1430 | 22 | 2437 | 22 | 3443 | 22 | 4440 |
| 23 | 1434 | 23 | 2434 | 23 | 3437 | 23 | 4431 |
| 24 | 1439 | 24 | 2433 | 24 | 3432 | 24 | 4439 |
| 25 | 1453 | 25 | 2439 | 25 | 3436 | 25 | 4444 |
| 26 | 1437 | 26 | 2440 | 26 | 3431 | 26 | 4441 |
| 27 | 1431 | 27 | 2435 | 27 | 3450 | 27 | 4434 |
| 28 | 1442 | 28 | 2443 | 28 | 3441 | 28 | 4435 |
| 29 | 1424 | 29 | 2427 | 29 | 3418 | 29 | 4427 |
| 30 | 1425 | 30 | 2418 | 30 | 3426 | 30 | 4421 |
| 31 | 1422 | 31 | 2424 | 31 | 3425 | 31 | 4419 |
| 32 | 1423 | 32 | 2420 | 32 | 3422 | 32 | 4418 |
| 33 | 1421 | 33 | 2423 | 33 | 3410 | 33 | 4423 |
| 34 | 1427 | 34 | 2421 | 34 | 3427 | 34 | 4422 |
| 35 | 1426 | 35 | 2422 | 35 | 3423 | 35 | 4420 |
| 36 | 1420 | 36 | 2419 | 36 | 3424 | 36 | 4425 |
| 37 | 1418 | 37 | 2428 | 37 | 3421 | 37 | 4426 |
| 38 | 1419 | 38 | 2429 | 38 | 3420 | 38 | 4424 |
| 39 | 1428 | 39 | 2451 | 39 | 3455 | 39 | 4463 |
| 40 | 1451 | 40 | 2447 | 40 | 3452 | 40 | 4465 |
| 41 | 1448 | 41 | 2448 | 41 | 3465 | 41 | 4429 |
| 42 | 1449 | 42 | 2449 | 42 | 3465 | 42 | 4449 |
| 43 | 1454 | 43 | 2401 | 43 | 3449 | 43 | 4451 |
| 44 | 1455 | 44 | 2450 | 44 | 3451 | 44 | 4448 |
| 45 | 1453 | 45 | 2462 | 45 | 3453 | 45 | 4442 |
| 46 | 1464 | 46 | 2455 | 46 | 3462 | 46 | 4445 |
| 47 | 1452 | 47 | 2463 | 47 | 3454 | 47 | 4464 |

CONFIDENTIAL OUTSIDE ATTORNEY EYES ONLY INFORMATION
SUBJECT TO PROTECTIVE ORDER: CIV. ACT. N. 3:10-CV-276-F

MPSANDTX0269682

| # | | # | | # | | # | |
|---|---|---|---|---|---|---|---|
| 48 | 1462 | 48 | 2464 | 48 | 3484 | 48 | 4426 |
| 49 | 1453 | 49 | 2465 | 49 | 3445 | 49 | 4450 |
| 50 | 1461 | 50 | 2456 | 50 | 3456 | 50 | 4460 |
| 51 | 1456 | 51 | 2460 | 51 | 3446 | 51 | 4459 |
| 52 | 1460 | 52 | 2461 | 52 | 3478 | 52 | 4458 |
| 53 | 1459 | 53 | 2446 | 53 | 3429 | 53 | 4456 |
| 54 | 1429 | 54 | 2452 | 54 | 3460 | 54 | 4462 |
| 55 | 1458 | 55 | 2446 | 55 | 3460 | 55 | 4481 |
| 56 | 1455 | 56 | 2451 | 56 | 3448 | 56 | 4457 |
| 57 | 1457 | 57 | 2454 | 57 | 3447 | 57 | 4454 |
| 58 | 1447 | 58 | 2453 | 58 | 3457 | 58 | 4455 |
| 59 | 1446 | 59 | 2424 | 59 | 3459 | 59 | 4447 |
| 60 | 1450 | 60 | 2429 | 60 | 3461 | 60 | 4453 |
| 61 | 1448 | 61 | 2458 | 61 | 3458 | 61 | 4452 |
| 62 | 1478 | 62 | 2480 | 62 | 3477 | 62 | 4477 |
| 63 | 1473 | 63 | 2466 | 63 | 3472 | 63 | 4468 |
| 64 | 1468 | 64 | 2468 | 64 | 3474 | 64 | 4467 |
| 65 | 1472 | 65 | 2473 | 65 | 3466 | 65 | 4469 |
| 66 | 1477 | 66 | 2467 | 66 | 3469 | 66 | 4474 |
| 67 | 1466 | 67 | 2472 | 67 | 3473 | 67 | 4476 |
| 68 | 1469 | 68 | 2470 | 68 | 3470 | 68 | 4473 |
| 69 | 1471 | 69 | 2475 | 69 | 3467 | 69 | 4475 |
| 70 | 1467 | 70 | 2471 | 70 | 3466 | 70 | 4471 |
| 71 | 1470 | 71 | 2474 | 71 | 3471 | 71 | 4472 |
| 72 | 1474 | 72 | 2477 | 72 | 3475 | 72 | 4468 |
| 73 | 1476 | 73 | 2470 | 73 | 3476 | 73 | 4470 |
| 74 | 1479 | 74 | 2480 | 74 | 3478 | 74 | 4480 |
| 75 | 1483 | 75 | 2479 | 75 | 3465 | 75 | 4484 |
| 76 | 1486 | 76 | 2461 | 76 | 3485 | 76 | 4481 |
| 77 | 1482 | 77 | 2478 | 77 | 3487 | 77 | 4479 |
| 78 | 1487 | 78 | 2483 | 78 | 3484 | 78 | 4482 |
| 79 | 1481 | 79 | 2482 | 79 | 3483 | 79 | 4485 |
| 80 | 1485 | 80 | 2487 | 80 | 3481 | 80 | 4487 |
| 81 | 1478 | 81 | 2484 | 81 | 3479 | 81 | 4478 |
| 82 | 1480 | 82 | 2485 | 82 | 3482 | 82 | 4486 |
| 83 | 1484 | 83 | 2486 | 83 | 3480 | 83 | 4483 |

CONFIDENTIAL OUTSIDE ATTORNEY EYES ONLY INFORMATION
SUBJECT TO PROTECTIVE ORDER: CIV. ACT. N. 3:10-CV-276-F

MPSANDTX0269683

00956

## Edison 09 x 83 (Blades located in Santa Teresa, New Mexico)

| SET # | Blade Pos. | Blade # | Moment Class | Moment |
|---|---|---|---|---|
| 1 | POS.2 | 46-1089 | E | 175443 |
|   | POS.1 | 46-1085 | E | 175894 |
|   | POS.3 | 46-1081 | E | 175586 |
| 2 | POS.3 | 46-1100 | G | 176844 |
|   | POS.1 | 46-1099 | G | 177104 |
|   | POS.2 | 46-1071 | G | 176830 |
| 3 | POS.2 | 46-1061 | E | 175315 |
|   | POS.3 | 46-1073 | E | 175401 |
|   | POS.1 | 46-1083 | E | 175485 |
| 4 | POS.3 | 46-1092 | E | 175869 |
|   | POS.1 | 46-1098 | E | 175896 |
|   | POS.2 | 46-1101 | E | 175597 |
| 5 | POS.3 | 46-1102 | A | 172895 |
|   | POS.1 | 46-1140 | A | 173006 |
|   | POS.2 | 46-1137 | Z | 171651 |
| 6 | POS.3 | 46-1116 | B | 173259 |
|   | POS.1 | 46-1112 | B | 173523 |
|   | POS.2 | 46-1074 | B | 173057 |
| 7 | POS.3 | 46-1072 | F | 176444 |
|   | POS.1 | 46-1103 | F | 176525 |
|   | POS.2 | 46-1067 | F | 176141 |
| 8 | POS.3 | 46-1086 | E | 175856 |
|   | POS.2 | 46-1088 | E | 175481 |
|   | POS.1 | 46-1094 | E | 175982 |
| 9 | POS.2 | 46-1091 | D | 174614 |
|   | POS.3 | 46-1077 | D | 174718 |
|   | POS.1 | 46-1079 | D | 175206 |
| 10 | POS.1 | 46-1090 | C | 174504 |
|   | POS.2 | 46-1105 | C | 173917 |
|   | POS.3 | 46-1084 | C | 174191 |
| 11 | POS.1 | 46-1087 | F | 176338 |
|   | POS.2 | 46-1064 | F | 176084 |
|   | POS.3 | 46-1070 | F | 176318 |
| 12 | POS.3 | 46-1078 | D | 174687 |
|   | POS.2 | 46-1132 | D | 174648 |
|   | POS.1 | 46-1096 | D | 174751 |
| 13 | POS.2 | 46-1082 | F | 176464 |
|   | POS.1 | 46-1120 | G | 176916 |
|   | POS.3 | 46-1093 | E | 176558 |

CONFIDENTIAL OUTSIDE ATTORNEY EYES ONLY INFORMATION
SUBJECT TO PROTECTIVE ORDER: CIV. ACT. N. 3:10-CV-276-F

MPSANDTX0269684

00957

| 14 | POS 1 | 46-1080 | C | 174421 |
| | POS 2 | 46-1133 | C | 174148 |
| | POS 3 | 46-1160 | C | 174314 |
| 15 | POS 2 | 46-1104 | B | 173259 |
| | POS 3 | 46-1125 | B | 173360 |
| | POS 1 | 46-1128 | B | 173505 |
| 16 | POS 1 | 46-1121 | D | 175161 |
| | POS 3 | 46-1138 | D | 174979 |
| | POS 2 | 46-0968 | D | 174624 |
| 17 | POS 1 | 46-1124 | E | 175803 |
| | POS 2 | 46-1097 | E | 175313 |
| | POS 3 | 46-1122 | E | 175782 |
| 18 | POS 2 | 46-1147 | B | 173756 |
| | POS 1 | 46-1068 | C | 174491 |
| | POS 3 | 46-1136 | C | 174144 |
| 19 | POS 2 | 46-1115 | C | 173915 |
| | POS 3 | 46-1076 | C | 173966 |
| | POS 1 | 46-1109 | C | 174270 |
| 20 | POS 3 | 46-1134 | B | 173587 |
| | POS 2 | 46-1042 | B | 173055 |
| | POS 1 | 46-1095 | B | 173754 |
| 21 | POS 3 | 46-1113 | D | 175048 |
| | POS 1 | 46-1118 | D | 175176 |
| | POS 2 | 46-1114 | D | 174632 |
| 22 | POS 2 | 46-1146 | C | 174169 |
| | POS 1 | 46-1107 | C | 174416 |
| | POS 3 | 46-1123 | C | 174209 |
| 23 | POS 3 | 46-1144 | D | 174775 |
| | POS 2 | 46-1169 | D | 174599 |
| | POS 1 | 46-1135 | D | 175117 |
| 24 | POS 2 | 46-1110 | C | 173852 |
| | POS 3 | 46-1129 | C | 174068 |
| | POS 1 | 46-1117 | C | 174247 |
| 25 | POS 1 | 46-1065 | D | 175269 |
| | POS 2 | 46-1163 | D | 174694 |
| | POS 3 | 46-1130 | D | 174928 |
| 26 | POS 1 | 46-1154 | F | 176788 |
| | POS 3 | 46-1131 | F | 176168 |
| | POS 2 | 46-1142 | E | 175838 |
| 27 | POS 3 | 46-1119 | E | 175629 |
| | POS 2 | 46-1127 | E | 175622 |
| | POS 1 | 46-1157 | E | 175884 |
| 28 | POS 2 | 46-1145 | G | 174510 |
| | POS 3 | 46-1149 | D | 174635 |

CONFIDENTIAL OUTSIDE ATTORNEY EYES ONLY INFORMATION
SUBJECT TO PROTECTIVE ORDER: CIV. ACT. N. 3:10-CV-276-F

MPSANDTX0269685

| | POS 1 | 46-1152 | D | 174901 |
|---|---|---|---|---|
| 29 | POS 2 | 46-1158 | D | 174628 |
| | POS 3 | 46-1164 | D | 174723 |
| | POS 1 | 46-1148 | E | 176559 |
| 30 | POS 3 | 46-1151 | D | 174788 |
| | POS 1 | 46-1155 | D | 175174 |
| | POS 2 | 46-1075 | D | 174762 |
| 31 | POS 3 | 46-1150 | B | 174731 |
| | POS 2 | 46-1167 | D | 174576 |
| | POS 1 | 46-1159 | D | 174769 |
| 32 | POS 1 | 46-1181 | E | 175813 |
| | POS 2 | 46-1156 | E | 175351 |
| | POS 3 | 46-1170 | E | 175788 |
| 33 | POS 2 | 46-1176 | D | 174781 |
| | POS 3 | 46-1171 | D | 174896 |
| | POS 1 | 46-1143 | D | 176016 |
| 34 | POS 2 | 46-1162 | E | 175440 |
| | POS 3 | 46-1153 | E | 175546 |
| | POS 1 | 46-1185 | E | 175870 |
| 35 | POS 2 | 46-1184 | E | 175325 |
| | POS 3 | 46-1177 | F | 176362 |
| | POS 1 | 46-1189 | F | 176440 |
| 36 | POS 3 | 46-1180 | D | 174763 |
| | POS 1 | 46-1178 | D | 175012 |
| | POS 2 | 46-1111 | D | 174643 |
| 37 | POS 2 | 46-1175 | B | 173508 |
| | POS 1 | 46-1172 | C | 174232 |
| | POS 3 | 46-1174 | C | 174186 |
| 38 | POS 2 | 46-1173 | B | 173131 |
| | POS 3 | 46-1192 | B | 173536 |
| | POS 1 | 46-1168 | B | 173742 |
| 39 | POS 3 | 46-1179 | D | 175091 |
| | POS 1 | 46-1207 | E | 175978 |
| | POS 2 | 46-1108 | D | 174718 |
| 40 | POS 2 | 46-1195 | B | 173699 |
| | POS 1 | 46-1208 | C | 174402 |
| | POS 3 | 46-1181 | C | 174340 |
| 41 | POS 3 | 46-1186 | E | 175464 |
| | POS 1 | 46-1182 | E | 175566 |
| | POS 2 | 46-1183 | E | 175407 |
| 42 | POS 3 | 46-1204 | D | 175097 |
| | POS 2 | 46-1187 | D | 174794 |
| | POS 1 | 46-1198 | D | 175181 |
| 43 | POS 3 | 46-1190 | D | 174876 |

CONFIDENTIAL OUTSIDE ATTORNEY EYES ONLY INFORMATION
SUBJECT TO PROTECTIVE ORDER: CIV. ACT. N. 3:10-CV-276-F

MPSANDTX0269686

00959

|      | POS 2 | 46-1193 | D | 174731 |
|------|-------|---------|---|--------|
|      | POS 1 | 46-1201 | D | 175181 |
| 44   | POS 3 | 46-1223 | D | 175141 |
|      | POS 1 | 46-1214 | D | 175297 |
|      | POS 2 | 46-1191 | D | 174632 |
| 45   | POS 1 | 46-1212 | C | 174442 |
|      | POS 2 | 46-1217 | C | 174180 |
|      | POS 3 | 46-1196 | C | 174428 |
| 46   | POS 2 | 46-1210 | E | 175407 |
|      | POS 3 | 46-1205 | E | 175639 |
|      | POS 1 | 46-1213 | E | 175977 |
| 47   | POS 3 | 46-1188 | E | 175635 |
|      | POS 2 | 46-1216 | E | 175623 |
|      | POS 1 | 46-1194 | E | 176131 |
| 48   | POS 3 | 46-1211 | G | 177003 |
|      | POS 1 | 46-1228 | G | 177115 |
|      | POS 2 | 46-1241 | G | 176824 |
| 49   | POS 2 | 46-1202 | E | 175357 |
|      | POS 3 | 46-1215 | E | 175883 |
|      | POS 1 | 46-1232 | E | 176761 |
| 50   | POS 2 | 46-1209 | F | 176412 |
|      | POS 3 | 46-1222 | F | 176440 |
|      | POS 1 | 46-1225 | F | 176711 |
| 51   | POS 3 | 46-1197 | D | 174964 |
|      | POS 1 | 46-1203 | D | 174965 |
|      | POS 2 | 46-1238 | D | 174630 |
| 52   | POS 3 | 46-1200 | F | 176058 |
|      | POS 2 | 46-1199 | E | 175919 |
|      | POS 1 | 46-1218 | G | 177116 |
| 53   | POS 1 | 46-1250 | E | 175999 |
|      | POS 3 | 46-1249 | E | 175889 |
|      | POS 2 | 46-1233 | E | 175556 |
| 54   | POS 2 | 46-1239 | F | 176153 |
|      | POS 3 | 46-1251 | F | 176552 |
|      | POS 1 | 46-1230 | F | 176723 |
| 55   | POS 3 | 46-1226 | F | 176445 |
|      | POS 2 | 46-1245 | F | 176242 |
|      | POS 1 | 46-1240 | F | 176526 |
| 56   | POS 3 | 46-1234 | C | 174850 |
|      | POS 1 | 46-1242 | D | 175186 |
|      | POS 2 | 46-1221 | C | 173978 |
| 57   | POS 2 | 46-1236 | D | 175230 |
|      | POS 3 | 46-1220 | E | 175610 |
|      | POS 1 | 46-1229 | F | 176697 |

CONFIDENTIAL OUTSIDE ATTORNEY EYES ONLY INFORMATION
SUBJECT TO PROTECTIVE ORDER: CIV. ACT. N. 3:10-CV-276-F

MPSANDTX0269687

| 58 | POS 3 | 46-1235 | G | 177378 |
|----|-------|---------|---|--------|
|    | POS 1 | 46-1263 | H | 178164 |
|    | POS 2 | 46-1243 | G | 177300 |
| 59 | POS 3 | 46-1227 | E | 175762 |
|    | POS 1 | 46-1246 | E | 175974 |
|    | POS 2 | 46-1248 | F | 175307 |
| 60 | POS 1 | 46-1224 | E | 176033 |
|    | POS 2 | 46-1237 | D | 175122 |
|    | POS 3 | 46-1247 | E | 175742 |
| 61 | POS 2 | 46-1252 | E | 175427 |
|    | POS 1 | 46-1231 | F | 176502 |
|    | POS 3 | 46-1244 | E | 175546 |
| 62 | POS 3 | 46-1249 | F | 176168 |
|    | POS 2 | 46-1260 | F | 176110 |
|    | POS 1 | 46-1269 | G | 177242 |
| 63 | POS 2 | 46-1264 | E | 175622 |
|    | POS 1 | 46-1271 | F | 176413 |
|    | POS 3 | 46-1254 | E | 175982 |
| 64 | POS 1 | 46-1266 | F | 176059 |
|    | POS 3 | 46-1267 | E | 175533 |
|    | POS 2 | 46-1272 | D | 175065 |
| 65 | POS 3 | 46-1253 | D | 175288 |
|    | POS 2 | 46-1270 | C | 174442 |
|    | POS 1 | 46-1274 | E | 175782 |
| 66 | POS 2 | 46-1300 | G | 176908 |
|    | POS 1 | 46-1265 | H | 178126 |
|    | POS 3 | 46-1268 | G | 177236 |
| 67 | POS 1 | 46-1262 | F | 176754 |
|    | POS 2 | 46-1279 | E | 176009 |
|    | POS 3 | 46-1257 | F | 176590 |
| 68 | POS 2 | 46-1256 | C | 174522 |
|    | POS 3 | 46-1280 | D | 174730 |
|    | POS 1 | 46-1261 | D | 175149 |
| 69 | POS 1 | 46-1258 | E | 176079 |
|    | POS 2 | 46-1287 | D | 175258 |
|    | POS 3 | 46-1275 | E | 175930 |
| 70 | POS 1 | 46-1273 | D | 175142 |
|    | POS 2 | 46-1278 | G | 174162 |
|    | POS 3 | 46-1281 | D | 174902 |
| 71 | POS 1 | 46-1277 | G | 177091 |
|    | POS 2 | 46-1284 | F | 176362 |
|    | POS 3 | 46-1313 | F | 176621 |
| 72 | POS 1 | 46-1290 | F | 176168 |
|    | POS 3 | 46-1255 | E | 175895 |

CONFIDENTIAL OUTSIDE ATTORNEY EYES ONLY INFORMATION
SUBJECT TO PROTECTIVE ORDER: CIV. ACT. N. 3:10-CV-276-F

MPSANDTX0269688

00961

| | | | | |
|---|---|---|---|---|
| | POS 2 | 46-1283 | D | 175262 |
| 73 | POS 2 | 46-1292 | G | 173998 |
| | POS 3 | 46-1299 | D | 174978 |
| | POS 1 | 46-1295 | E | 176376 |
| 74 | POS 2 | 46-1293 | E | 175669 |
| | POS 3 | 46-1289 | F | 178356 |
| | POS 1 | 46-1286 | F | 176679 |
| 75 | POS 2 | 46-1206 | E | 175768 |
| | POS 3 | 46-1297 | F | 174078 |
| | POS 1 | 46-1291 | F | 176360 |
| 76 | POS 1 | 46-1294 | E | 175946 |
| | POS 3 | 46-1304 | E | 175483 |
| | POS 2 | 46-1305 | E | 175325 |
| 77 | POS 1 | 46-1139 | F | 176492 |
| | POS 3 | 46-1296 | F | 176211 |
| | POS 2 | 46-1308 | F | 176052 |
| 78 | POS 2 | 46-1285 | D | 174674 |
| | POS 3 | 46-1307 | D | 175047 |
| | POS 1 | 46-1302 | D | 175288 |
| 79 | POS 1 | 46-1376 | E | 175895 |
| | POS 3 | 46-1311 | E | 175647 |
| | POS 2 | 46-1309 | D | 174914 |
| 80 | POS 3 | 46-1259 | H | 178108 |
| | POS 1 | 46-1298 | I | 178624 |
| | POS 2 | 46-1288 | G | 177007 |
| 81 | POS 2 | 46-1317 | E | 175997 |
| | POS 1 | 46-1301 | | 176330 |
| | POS 3 | 46-1314 | F | 176103 |
| 82 | POS 3 | 46-1315 | G | 177254 |
| | POS 2 | 46-1306 | G | 176869 |
| | POS 1 | 46-1331 | G | 177469 |
| 83 | POS 1 | 46-1310 | D | 175042 |
| | POS 3 | 46-1303 | D | 174978 |
| | POS 2 | 46-1328 | C | 174276 |

CONFIDENTIAL OUTSIDE ATTORNEY EYES ONLY INFORMATION
SUBJECT TO PROTECTIVE ORDER: CIV. ACT. N. 3:10-CV-276-F

MPSANDTX0269689

## EXHIBIT B

### TALOGA WORK PLAN

LA1 - 146259.02

CONFIDENTIAL OUTSIDE ATTORNEY EYES ONLY INFORMATION
SUBJECT TO PROTECTIVE ORDER: CIV. ACT. N. 3:10-CV-276-F

MPSANDTX0269690

00963



CONFIDENTIAL, OUTSIDE ATTORNEY EYES ONLY INFORMATION
SUBJECT TO PROTECTIVE ORDER: CIV. ACT. N. 3:10-CV-276-F

MPSANDTX0269691

Seller's Obligations:

1. Seller shall be ready to hand over the WTG components for Owner's loading and delivery at least at the rate of one set per Business Day in accordance with the schedule above.

For the avoidance of doubt, loading of such stored WTG components shall be the responsibility of Owner, provided, however, that Seller shall make available to Owner, or its contractor (at no cost to Owner or its contractor), any Special Tools at the Storage Locations and/or necessary rigging to facilitate the loading of the WTG components. At Santa Teresa, Seller shall provide Owner with the use of the blade cradles necessary for the shipment of the blades to the Project Site and shall all necessary loading support work and equipment to load, including cranes for loading, at the rate and cost to be paid by Owner to Seller of $800/blade (US$2,400/WTG), which rate assumes a return time for such blade cradles as set forth above. So long as Owner and/or its contractors are utilizing such property (blade cradles, etc,) of Seller, Owner and/or its contractors shall maintain insurance reasonably acceptable to Seller and name Seller as an additional insured to cover the risk of loss which shall be with Owner for all such Seller property during such utilization.

2. Seller shall provide Owner with at least two (2) pre-commissioning crews capable of performing the required pre-commissioning activities for the period commencing on January 17, 2011 and Owner shall pay the Commissioning Fees for all such personnel on an as rendered basis as set forth in Section 5.2.10 of the Agreement.

3. Seller shall provide Owner with at least three (3) commissioning crews capable of performing the required Commissioning activities for the period commencing on March 14, 2011 and Owner shall pay Commissioning Fees for all such personnel on an as rendered basis as set forth in Section 5.2.10 of the Agreement.

4. Seller shall provide Owner with not less than four (4) Technical Advisors to support the activities set forth above for the period commencing on December 1, 2010 and Owner shall pay Technical Advisory Fees for all such personnel on an as rendered basis as set forth in Section 5.2.9 of the Agreement.

Owner's Obligations:

1. Owner shall pay Commissioning Fees and Technical Advisory Fees on an as rendered basis and in accordance with Sections 5.2.9 and 5.2.10 of the Agreement and otherwise in accordance with the schedule and manpower assumptions provided herein (unless such schedule or manpower assumptions are modified on three (3) weeks advance written notice by Owner). The method and amount of payment to be determined in accordance with Sections 5.2.9 and 5.2.10 of the Agreement. For the avoidance of doubt, if Owner gives less than three (3) weeks prior written notice of a schedule change or manpower reduction, then Owner shall remain obligated to pay the Commissioning Fees and/or Technical Advisory Fees per the original schedule or manpower assumptions for the balance of such three (3) week period) (excluding travel and other per diems not actually incurred).

B-2

CONFIDENTIAL. OUTSIDE ATTORNEY EYES ONLY INFORMATION
SUBJECT TO PROTECTIVE ORDER: CIV. ACT. N. 3:10-CV-276-F

MPSANDTX0269692

2.  On not less than three (3) weeks prior advance written notice, Owner shall be entitled to (i) adjust the manpower assumptions or (ii) delay the Site mobilization schedule of some or all of such personnel. On three (3) weeks prior advance written notice, Owner may request an acceleration of the scheduling assumptions and Seller shall endeavor to accommodate such request but shall not be obligated to do so.

3.  Pre-Commissioning Equipment. Owner shall provide the one (1) each of the following items of equipment to Seller for each pre-commissioning crew:  (a) 3-Phase 240V 200KVA diesel generator including its fuel/maintenance and transport vehicle between each WTG, (b) 240V to 690 V transformer and (c) cabling from diesel generator to transformer to ground cabinet.

4.  Maintenance for non commissioned units.  If any WTG is not Commissioned for a period in excess of thirty (30) days from its Mechanical Completion, the following maintenance shall be executed by Seller at Owner's cost.  In no event shall such time for such maintenance performed by Seller be counted for the Commissioning periods for the purpose of LD calculation, as applicable.

[Once per thirty (30) day period]

a.  Lubrication of gearbox/main shaft

b.  Check of yaw brake pressure

c.  Check of blade pitch angle (accumulator gas pressure on each pitch cylinder)

[Every ninety (90) days]

a.  Greasing the generator bearing

b.  Checking brush wearing for the rotor/generator

c.  Uneven lubrication of blade bearings

d.  Unexpected oil and grease leakage check

e.  Lightning damage

f.  Discharging the UPS batteries

B-3

CONFIDENTIAL. OUTSIDE ATTORNEY EYES ONLY INFORMATION
SUBJECT TO PROTECTIVE ORDER: CIV. ACT. N. 3:10-CV-276-F

MPSANDTX0269693

EXHIBIT C

**PINNACLE PAYMENT SCHEDULE**

LA1 - 146259.02

CONFIDENTIAL OUTSIDE ATTORNEY EYES ONLY INFORMATION
SUBJECT TO PROTECTIVE ORDER: CIV. ACT. N. 3:10-CV-276-F

MPSANDTX0269694

00967

# Exhibit C
# Pinnacle Wind Turbines
# Project Specific Payment Schedule

| Milestone | Amount Paid |
|---|---|
| Effective Date of Settlement | $59,610,056.54 US Dollars<br><br>931,733,100 JY |
| Delivery to Site<br>(as set forth in Section 5.2.16 of the Master Supply Agreement) | $3,146,882 |
| Commissioning<br>(as set forth in Section 5.2.17 of the Master Supply Agreement) | $3,501,797 less 200% of Punch List |

CONFIDENTIAL OUTSIDE ATTORNEY EYES ONLY INFORMATION
SUBJECT TO PROTECTIVE ORDER: CIV. ACT. N. 3:10-CV-276-F

MPSANDTX0269695

## EXHIBIT E

### FORM OF DISMISSAL

LA1 - 146259.02

CONFIDENTIAL OUTSIDE ATTORNEY EYES ONLY INFORMATION
SUBJECT TO PROTECTIVE ORDER: CIV. ACT. N. 3:10-CV-276-F

MPSANDTX0269696



1  GIBSON, DUNN & CRUTCHER LLP
   ROBERT E. PALMER (SBN116892), RPalmer@gibsondunn.com
2  DAVID A. SEGAL (SBN166635), DSegal@gibsondunn.com
   KELLY A. ROOSEVELT (SBN222969), KARoosevelt@gibsondunn.com
3  JENNIFER M. MACAULEY (SBN261127), JMacauley@gibsondunn.com
   3161 Michelson Drive
4  Irvine, California 92612-4412
   Telephone: 949.451.3800
5  Facsimile: 949.451.4220

6  Attorneys for Plaintiff
   EDISON MISSION ENERGY
7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                     FOR THE COUNTY OF ORANGE

10                       CIVIL COMPLEX CENTER

11

12  EDISON MISSION ENERGY, a Delaware         CASE NO. 30-2010-00355044
    Corporation,
13                                            JUDGE: THIERRY PATRICK COLAW
                  Plaintiff,                  DEPARTMENT: CX104
14
         v.                                   STIPULATION AND [PROPOSED] ORDER
15                                            DISMISSING ACTION
    MITSUBISHI POWER SYSTEMS AMERICAS,
16  INC., a Delaware Corporation, MITSUBISHI
    HEAVY INDUSTRIES, LTD., a Japan          Action Filed: March 19, 2010
17  Corporation, and DOES 1-10,              Second Amended Complaint filed: August 9, 2010
                                             Cross-Complaint filed: September 9, 2010
18                Defendants.                 Trial Date:    Not Yet Assigned

19
    AND RELATED CROSS-ACTION
20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP              STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION

CONFIDENTIAL OUTSIDE ATTORNEY EYES ONLY INFORMATION
SUBJECT TO PROTECTIVE ORDER: CIV. ACT. N. 3:10-CV-276-F                    MPSANDTX0269697

1   Plaintiff and Cross-Defendant, Edison Mission Energy, and Defendants and Cross-

2   Complainants Mitsubishi Power Systems Americas, Inc. and Mitsubishi Heavy Industries, Ltd.,

3   hereby stipulate and agree as follows.

4   WHEREAS, following extensive arms-length negotiations, and for valuable consideration, the

5   parties entered into a written Settlement and Mutual Release Agreement effective as of October __,

6   2010 (the "Settlement") to resolve all claims and cross-claims in the above-captioned action.

7   WHEREAS, pursuant to the Settlement, the parties agreed that:  (1) all claims and cross-

8   claims in the action shall be dismissed with prejudice; (2) the parties shall each bear their own

9   attorneys' fees and costs associated with this action; and (3) the Court shall retain jurisdiction

10  pursuant to California Code of Civil Procedure Section 664.6 to enforce the terms of the parties'

11  Settlement.

12  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the

13  parties, that:

14      1.    All claims and cross-claims in the action shall be dismissed with prejudice;

15      2.    The parties shall each bear their own attorneys' fees and costs associated with this

16  action; and

17      3.    The Court shall retain jurisdiction pursuant to California Code of Civil Procedure

18  Section 664.6 to enforce the terms of the parties' Settlement.

19  **IT IS SO STIPULATED AND AGREED:**

20  Dated:_____        **GIBSON, DUNN & CRUTCHER LLP**

21

22                                          By: _____
                                                Robert E. Palmer
                                                Attorney for Edison Mission Energy

23

24  Dated:_____        **HOLLAND & KNIGHT LLP**

25

26                                          By: _____
                                                Ben W. Subin

27                                              Attorneys for Mitsubishi Power Systems
                                                Americas, Inc. and Mitsubishi Heavy

28                                              Industries, Ltd.

2

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION

CONFIDENTIAL OUTSIDE ATTORNEY EYES ONLY INFORMATION
SUBJECT TO PROTECTIVE ORDER: CIV. ACT. N. 3:10-CV-276-F

MPSANDTX0269698

00971

## ORDER

Pursuant to the stipulation of the parties, and the terms of the Settlement and Mutual Release between the parties effective October __, 2010, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.  The Clerk of the Court shall enter a final judgment dismissing this action with prejudice;

2.  Each party shall bear their own attorneys' fees and costs associated with this action;

3.  Except as otherwise provided in the Settlement, upon the Effective Date thereof, the parties shall be deemed to have fully, finally, and forever released, relinquished and discharged all released claims;

4.  Neither the Settlement, nor any act performed or document executed pursuant to or in furtherance of the Settlement: (i) is or may be deemed to be or may be used as an admission of, or evidence of, the validity or lack thereof of any released claim, or of any wrongdoing or liability of any party; or (ii) is or may be deemed to be or may be used as an admission of, or evidence of, any fault or omission of any of party in any civil, criminal, or administrative proceeding in any court, administrative agency, or other tribunal; and

5.  Without affecting the finality of the final judgment in this action in any way, this Court hereby retains continuing jurisdiction over: (a) implementation of this Settlement; and (b) all parties hereto for the purpose of construing, enforcing, and administering the Settlement pursuant to California Code of Civil Procedure Section 664.6.

**IT IS SO ORDERED.**

DATED:'_____, 2010

_____
HONORABLE THIERRY PATRICK COLAW
JUDGE OF THE SUPERIOR COURT

100939702_1.DOC

3

**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION**

Gibson, Dunn &
Crutcher LLP

CONFIDENTIAL OUTSIDE ATTORNEY EYES ONLY INFORMATION
SUBJECT TO PROTECTIVE ORDER: CIV. ACT. N. 3:10-CV-276-F

MPSANDTX0269699

1

## CERTIFICATE OF SERVICE

2

3
    I, Marisela Arvayo, declare as follows:

4
    I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 3161 Michelson Drive, Irvine, California 92612-4412, in said County and State. On October _____, 2010, I served the following document(s):

5

6
### STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION

7
on the parties stated below, by placing a true copy thereof in an envelope addressed as shown below by the following means of service:

8
| **Attorneys for Defendants** | Paul C. Workman, Esq. | Phone:    (213) 896-2400 |
|---|---|---|

9
**Mitsubishi Power Systems** — Laura Coombe, Esq. — Facsimile: (213) 896-2450
**Americas, Inc.** and — HOLLAND & KNIGHT LLP — Email: paul.workman@hklaw.com

10
**Mitsubishi Heavy** — 633 West Fifth Street, 21st Floor — laura.coombe@hklaw.com
**Industries, LTD.** — Los Angeles, CA 90071-2040

11
-and-

12
Ben W. Subin, Esq. — Phone:    (407) 425-8500
William B. Wilson, Esq. — Facsimile: (407) 244-5288

13
Monte S. Starr, Esq. — Email: ben.subin@hklaw.com

14
HOLLAND & KNIGHT LLP — bill.wilson@hklaw.com
200 South Orange Avenue, Suite 2600 — monte.starr@hklaw.com

15
Orlando, FL 32801

16
☐ **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

17

18
☐ **BY PERSONAL SERVICE:** I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

19
☐ **BY FAX:** From fax number (949) 451-4220, I caused each such document to be transmitted by fax machine, to the parties and numbers indicated above, under California Rules of Court, Rule 2.306. The fax machine that I used complied with Rule 2.301 and no error was reported by the machine.

20

21
☐ **BY UPS NEXT DAY AIR:** On the above-mentioned date, I placed a true copy of the above mentioned document(s), together with an unsigned copy of this declaration, in a sealed envelope or package designated by the United Parcel Service with delivery fees paid or provided for, addressed to the person(s) as indicated above and deposited same in a box or other facility regularly maintained by United Parcel Service or delivered same to an authorized courier or driver authorized by United Parcel Service to receive documents.

22

23
☒ I am employed in the office of Robert E. Palmer, a member of the bar of this court, and that the foregoing document(s) was(were) printed on recycled paper.

24
☒ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

25
    Executed on October _____, 2010.

26
_____
Marisela Arvayo

27

28

Gibson, Dunn &
Crutcher LLP

**STIPULATION AND ORDER FOR PROTECTIVE ORDER**

CONFIDENTIAL OUTSIDE ATTORNEY EYES ONLY INFORMATION
SUBJECT TO PROTECTIVE ORDER: CIV. ACT. N. 3:10-CV-276-F

MPSANDTX0269700

## EXHIBIT L

### LABOR RATE ESCALATION PROVISIONS

LA1 - 146259.02

CONFIDENTIAL OUTSIDE ATTORNEY EYES ONLY INFORMATION
SUBJECT TO PROTECTIVE ORDER: CIV. ACT. N. 3:10-CV-276-F

MPSANDTX0269701



Los Angeles Office ·100 Bayview Circle, Suite 4000 ·Newport Beach CA92660 ·Phone 949-856-8445 ·Fax 949-856-4481/4482

## Exhibit L
### Technical Advisor Fee Schedule

Rate Schedule (Standard Rate)

| | |
|---|---|
| Site Manager Class: | $153.00/Hour |
| Mechanical Engineer: | $142.00/Hour |
| Electrical Engineer: | $142.00/Hour |
| Commissioning Engineer (Mechanical.): | $142.00/Hour |
| Commissioning Engineer (Electrical.): | $142.00/Hour |

### A.   APPLICATIONS

| | | |
|---|---|---|
| 1. | Travel Day | 8 hours Standard Rate |
| 2. | Weekdays up to 8 Hours/day between 7:00am & 6:00pm | Standard Rate |
| 3. | Time in excess of 8 Hours/day (Service/Standby at weekdays) | 1.5 Times Standard Rate |
| 4. | Saturday Service | 1.5 Times Standard Rate |
| 5. | Service time of Sundays. Holiday or time in excess of 8 hrs/day at Saturday, & nocturnal time between 10:00pm &6:00a.m. | 2.0 Times Standard Rate |
| 6. | Standby Time from Monday to Friday except holidays. | Standard Rate |

Note 1:   Tax: Any tax related to Technical Advisory Fee, Owner shall pay to Seller in the manner specified in Section 5.1.5 of the Supply Agreement

Note 2:   All subcontracted specialists will be billed to Owner at cost plus 15% administration.

Note 3:   Standby Time means any non-working hours from Monday to Friday

except holidays in case working hours of a certain day does not reach eight (8) hours.

1/2

*Confidential*

LA1 - 146289.01

CONFIDENTIAL. OUTSIDE ATTORNEY EYES ONLY INFORMATION
SUBJECT TO PROTECTIVE ORDER: CIV. ACT. N. 3:10-CV-276-F

MPSANDTX0269702

00975

B.    EXPENSES

1.   Travel Expenses such as Airfare (Business class for International flights), Taxi, Rental car, etc. are invoiced at cost plus 10% handling fee.

2.   Lodging is invoiced at cost plus 10% handling fee.

3.   A per diem of $70.00/day is charged to cover food and incidentals.

4.   Telephone, telefax, and telex communications shall be invoiced at cost.

5.   Expenses (Passport, Visa, etc.) in connection with technical advisor's preparation for departure will be charged at cost plus 10% handling fee.

C.    TERMS

1.   Validity:

These rates are valid until the first anniversary of NTP date and are subject to escalation once a year pursuant to the provsions set forth below.

2.   Payment:

100% cash payment within 30 days after presentation of Seller's invoice

3.   Time Sheet:

The Seller's technical advisor will submit the time sheet weekly to Owner's representative at the Site who shall approve time sheets weekly. If Owner has any questions per time sheets, Owner shall assess and clarify with Seller's representative at the Site and determine the approved time sheet within a week.

If Owner fails to make the approved time sheet within a week, the Seller is entitled to claim the Technical Advisory Fee based on the time sheet which the Seller has submitted to Owner.

**Technical Advisor Fee Schedule**

Technical Advisor Fee stipulated in Exhibit L of Supply Agreement and Service Labor Rate in Exhibit D-1 of Maintenance and Service Agreement shall be increased annually based on he increase, if any, in the GDPIPD from the NTP Date to each anniversary thereafter, and such increase shall apply through the following year.   First adjustment shall occur on the first anniversary of the NTP Date.   In no event shall such fee and rate be adjusted downward.

2/2

*Confidential*

LA1 - 146289.01

CONFIDENTIAL OUTSIDE ATTORNEY EYES ONLY INFORMATION
SUBJECT TO PROTECTIVE ORDER: CIV. ACT. N. 3:10-CV-276-F

MPSANDTX0269703