IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GENERAL ELECTRIC COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>MITSUBISHI HEAVY INDUSTRIES, LTD., AND MITSUBISHI POWER SYSTEMS AMERICAS, INC.,<br><br>*Defendants*. | Civil Action No. 3:10-CV-276-F<br><br>JURY TRIAL DEMANDED |

## SUPPLEMENT TO DEFENDANTS' IDENTIFICATION OF POTENTIAL TRIAL EXHIBITS

Defendants Mitsubishi Heavy Industries, Ltd., and Mitsubishi Power Systems Americas, Inc., (hereinafter "Defendants") submit the following supplement to their identification of potential trial exhibits (Dkt. 480). A copy of this additional exhibit, marked with the referenced DTX number, will be delivered to the Court.

| DTX No. | Description/Bates No. |
|---|---|
| DTX-1146 | BARKER000001-000129 |

Respectfully submitted,

By: /s/ Lane Fletcher
Vic H. Henry
TBA No. 09484250
vhhenry@hoaf.com
Lane Fletcher
TBA No. 07139300
lanefletcher@hoaf.com
**HENRY ODDO AUSTIN & FLETCHER**
**a Professional Corporation**
1700 Pacific Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214)658-1900
Facsimile: (214)658-1919

Roger D. Taylor
Gabriel K. Azar
**FINNEGAN, HENDERSON, FARABOW,**
**GARRETT & DUNNER, L.L.P.**
3500 SunTrust Plaza 303 Peachtree Street, N.E.
Atlanta, GA 30308-3263
Phone: (404) 653-6400
Facsimile: (404) 653-6444

Thomas W. Winland
Naoki Yoshida
Jeffrey C. Totten
Tyler M. Akagi
**FINNEGAN, HENDERSON, FARABOW,**
**GARRETT & DUNNER, L.L.P.**
901 New York Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 408-4000
Facsimile: (202) 408-4400

Filiberto Agusti
Charles G. Cole
Steven Barber
Seth A. Watkins
**STEPTOE & JOHNSON LLP**
1330 Connecticut Ave. NW
Washington, DC 20036
Facsimile (202)429-3902

**ATTORNEYS FOR DEFENDANTS**

**SUPPLEMENT TO DEFENDANTS' IDENTIFICATION OF POTENTIAL TRIAL EXHIBITS –  Page 2**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing instrument has been served via the Court's ECF system on all known counsel of record in accordance with the Federal Rules of Civil Procedure on this 21$^{tst}$ day of February, 2012.

                         By:    */s/ Lane Fletcher*
                                   Lane Fletcher