UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
MAR - 8 2012
CLERK, U.S. DISTRICT COURT
By _____
Deputy 5:17p.m.

| | |
|---|---|
| GENERAL ELECTRIC COMPANY,<br>Plaintiff,<br><br>v.<br><br>MITSUBISHI HEAVY INDUSTRIES,<br>LTD. ET AL.,<br>Defendants. | §<br>§<br>§   CIV. ACTION NO. 3:10-CV-276-F<br>§<br>§<br>§<br>§<br>§<br>§ |

### ORDER DENYING DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW OF NON-INFRINGEMENT

BEFORE THE COURT is Defendants Mitsubishi Heavy Industries, Ltd.'s and Mitsubishi Power Systems Americas, Inc.'s (collectively "Mitsubishi") Motion for Judgment as a Matter of Law of Invalidity of Claim 1 of U.S. Patent No. 7,629,705, argued after Mitsubishi rested its case at trial on March 6, 2012 (Doc. No. 523). As ruled from the bench, the Court finds genuine issues of material fact with respect to validity remain for the jury to resolve. Accordingly, Defendants' Motion is DENIED.[1]

IT IS SO ORDERED.

SIGNED this 8th day of March, 2012.

*Royal Furgeson*
Royal Furgeson
Senior United States District Judge

---

[1] This resolves Doc. No. 523.

1