UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



FILED
NORTHERN DISTRICT OF TEXAS
MAR - 8 2012
CLERK, U.S. DISTRICT COURT
By _____
Deputy 5:19 p.m.

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, § | |
| Plaintiff, § | |
| § | CIV. ACTION NO. 3:10-CV-276-F |
| v. § | |
| § | |
| MITSUBISHI HEAVY INDUSTRIES, § | |
| LTD. ET AL., § | |
| Defendants. § | |

**ORDER DENYING PLAINTIFF'S MOTION FOR
JUDGMENT AS A MATTER OF LAW OF VALIDITY**

BEFORE THE COURT is Plaintiff General Electric Company's ("GE") Motion for Judgment as a Matter of Law of Pursuant to Fed. R. Civ. P. 50(a) on Validity, argued after Defendants Mitsubishi Heavy Industries, Ltd.'s and Mitsubishi Power Systems Americas, Inc.'s (collectively "Mitsubishi") rested its case at trial on March 6, 2012 (Doc. No. 525). As ruled from the bench, the Court finds genuine issues of material fact with respect to validity remain for the jury to resolve. Accordingly, Plaintiff's Motion is DENIED.[1]

IT IS SO ORDERED.

SIGNED this 8th day of March, 2012.

_____
Royal Furgeson
Senior United States District Judge

---

[1] This resolves Doc. No. 525.

1