FILED
NORTHERN DISTRICT OF TEXAS
MAR - 8 2012
CLERK, U.S. DISTRICT COURT
By _____ Deputy 5:20 pm

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GENERAL ELECTRIC COMPANY,<br>Plaintiff,<br><br>v.<br><br>MITSUBISHI HEAVY INDUSTRIES,<br>LTD. ET AL.,<br>Defendants. | §<br>§<br>§  CIV. ACTION NO. 3:10-CV-276-F<br>§<br>§<br>§<br>§<br>§<br>§ |

## ADVISORY ORDER REGARDING POST-TRIAL BRIEFING DEADLINES

The Court issues this Advisory Order to inform the parties of the following post-trial briefing deadlines:

Plaintiff General Electric Company ("GE") must file any dispositive motions concerning Defendants Mitsubishi Heavy Industries, Ltd.'s and Mitsubishi Power Systems Americas, Inc.'s (collectively "Mitsubishi") inequitable conduct claim and all post-trial motions pending the outcome of the inequitable conduct proceedings no later than **April 6, 2012**.

Mitsubishi must file any response to GE's dispositive motions regarding inequitable conduct and all post-trial motions pending the outcome of the inequitable conduct proceedings no later than **May 4, 2012**.

IT IS SO ORDERED.

Signed this 8th day of March, 2012.

_____
Royal Furgeson
United States Senior District Judge

1