Case 3:10-cv-00276-F   Document 536   Filed 03/08/12   Page 1 of 2   PageID 20376

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR - 8 2012
CLERK, U.S. DISTRICT COURT
By_____ Deputy

3:10-CV-276-F

# JURY VERDICT FORM

In the course of your deliberations, you are to answer the following questions and fill out this Verdict Form. When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answers to each question must be unanimous. Please refer to the Jury Instructions for guidance on the law applicable to the subject matter covered by each question. You are to answer each and every question, unless otherwise directed.

## QUESTIONS AND ANSWERS

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

### INFRINGEMENT

**Question 1.** Has General Electric proven that it is more likely than not that Mitsubishi directly infringed the '705 patent?

Yes ✓ (for General Electric)    No ___ (for Mitsubishi)

### INVALIDITY

**Question 2.** Has Mitsubishi proven that it is highly probable that the invention recited in claim 1 of the '705 patent was "ready for patenting" before October 20, 2005?

Yes ___ (for Mitsubishi)    No ✓ (for General Electric)

**Question 3.** Has Mitsubishi proven that it is highly probable that claim 1 of the '705 patent is invalid for anticipation by Nielsen (Patent Pub. WO 2004/070936)?

Yes ___ (for Mitsubishi)    No ✓ (for General Electric)

**Question 4.** Has Mitsubishi proven that it is highly probable that claim 1 of the '705 patent is invalid for failure to comply with the enablement requirement?

Yes ___ (for Mitsubishi)    No ✓ (for General Electric)

**Question 5.** Has Mitsubishi proven that it is highly probable that claim 1 of the '705 patent is invalid for failure to comply with the written description requirement?

Yes ___ (for Mitsubishi)    No ✓ (for General Electric)

1

## DAMAGES

If you found that Mitsubishi infringed claim 1 of the '705 patent (meaning you answered "Yes" to Question 1), *and* you found that claim 1 is not invalid (meaning you answered "No" to Questions 2, 3, 4, and 5), please proceed to answer the remaining questions. If you did not so find, please do not answer the remaining questions and proceed to check and sign the verdict form.

**Question 6.** Has GE proven that it is more likely than not that it is entitled to any lost profits to compensate for the infringing acts?

Yes ✓ (for General Electric)    No ___ (for Mitsubishi)

**Question 7.** If you answered "Yes" to Question 6, what amount of money has GE proven it more likely than not lost as a result of Mitsubishi's infringing sales?

$ 166,750,000

**Question 8.** For those infringing sales for which you did not award General Electric lost profits, what amount of reasonable royalty has GE proven it is more likely than not entitled to?

$ 3,445,000

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Foreperson should then sign and date the verdict form in the spaces below and notify the marshal that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it when the Jury is brought back into the courtroom.

Signed: *[signature]*
JURY FOREPERSON

Date: March 8 , 2012

2