IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR - 8 2012
CLERK, U.S. DISTRICT COURT
By _____
Deputy

**GENERAL ELECTRIC COMPANY**

V.                                    No.    3:10-CA-276-F

**MITSUBISHI HEAVY INDUSTRIES**

### JURY NOTE NO. 1

Are we allowed to make notes, highlight, etc. on the ~~evidence~~ exhibits we have with us in the room?

Jury Foreperson/Presiding Juror

Time received: 3:15 p.m.