**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| GENERAL ELECTRIC COMPANY | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 3:10-CV-276-F |
| | § § | |
| MITSUBISHI HEAVY INDUSTRIES LTD., AND MITSUBISHI POWER SYSTEMS AMERICAS, INC., | § § § § § | |
| Defendants. | § § | |

**SCHEDULING ORDER**

As agreed upon by the parties, the Court hereby enters the following Scheduling Order:

<u>Motions concerning privilege and unsponsored exhibits</u>:

- Mitsubishi's Motion by **October 25.**

- GE's Response by **November 8.**

- Mitsubishi's Reply by **December 14:**

<u>Briefing on the merits:</u>

- Mitsubishi's Motion by **December 3**:

- GE's Response by **December 21**:

- Mitsubishi's Reply by **January 10**:

IT IS SO ORDERED.

SIGNED this 22nd day of October, 2012.

*Royal Furgeson*
Royal Furgeson
Senior United States District Judge