IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GENERAL ELECTRIC COMPANY | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 3:10-CV-276-F |
| | § § | |
| MITSUBISHI HEAVY INDUSTRIES LTD., AND MITSUBISHI POWER SYSTEMS AMERICAS, INC., | § § § § | |
| Defendants. | § § § § | |

**FINAL JUDGMENT FOR PLAINTIFF GENERAL ELECTRIC COMPANY**

On May 28, 2013, the Court issued its Findings of Fact and Conclusions of Law in Favor of Plaintiff General Electric Company (Dkt. 766). The claims of inequitable conduct sought by Mitsubishi Heavy Industries Ltd. and Mitsubishi Power Systems Americas, Inc. are therefore DENIED. The inequitable conduct phase of the bifurcated infringement trial is now concluded. In the first phase, the jury found for GE. On March 9, the jury returned a verdict that Mitsubishi infringes claim 1 of the '705 Patent and awarded GE $166,750,000 in lost profits and $3,445,000 in reasonable-royalty damages. (Dkt. No. 536).

Accordingly, the Court has reviewed this case and concludes that no issue remains for disposition and no relief remains to be granted. It is therefore ORDERED that final judgment for Plaintiff GE is **GRANTED**, and that GE is awarded $166,750,000 in lost profits and $3,445,000

in reasonable-royalty damages, plus prejudgment interest as allowed by law. Costs are charged against the Mitsubishi Defendants. The Clerk is instructed to **CLOSE** this action.

IT IS SO ORDERED.

SIGNED this 28th day of May, 2013.

_____
Royal Furgeson
Senior United States District Judge